IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TURI K. AARNES, | : | |
| Plaintiff, | : | CASE NO. 2:24-CV-2146 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| THE OHIO STATE UNIVERSITY, | : | MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS |
| Defendant. | : | |

## JOINT MOTION TO AMEND CASE SCHEDULE

NOW COME the above parties, by and through their respective counsel, and hereby move the Court for an Order amending the Case Schedule set forth in the Court's February 12, 2025 Order. (Doc. #28). The parties requests the Court to amend its Case Schedule as follows:

| | |
|---|---|
| Discovery Cut-Off | September 17, 2025 |
| Dispositive Motions Deadline | October 15, 2025 |
| Primary Expert Reports | December 22, 2025 |
| Rebuttal Expert Reports | January 22, 2026 |

The parties make this motion in good faith and not to cause unnecessary delay. The grounds in support of this joint motion are set forth in the accompanying memorandum in support.

Respectfully submitted,

                                                                                        DAVE YOST (0056290)
                                                                                        Ohio Attorney General

**s/ Tiffany L. Carwile (by Cathleen**            **s/ Cathleen B. Slater**
**Slater per email authority on 5/22/25)**

TIFFANY L. CARWILE (0082522)               CATHLEEN B. SLATER (0066088)
STEFANIE LYNN COE (0078265)                Principal Assistant Attorney General
                                                                     NEEMA ASHOU (0104198)
                                                                     Assistant Attorney General

ARNOLD & CLIFFORD LLP
115 W. Main St., 4th Floor
(614) 460-1600 - Telephone
tcarwile@arnlaw.com
scoe@arnlaw.com

*Counsel for Plaintiff*

Employment Law Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7257 - Telephone
(614) 752-4677 - Facsimile
elsreview@OhioAGO.gov

*Counsel for Defendant*

**MEMORANDUM IN SUPPORT**

On February 12, 2025, the Court amended the Case Schedule in this matter extending the deadlines for discovery, dispositive motions and production of expert reports. (Doc. #28). Since that time, the parties have engaged in significant discovery. Specifically, the parties have responded to written discovery requests, exchanged nearly 6,100 documents, are in the process of scheduling the plaintiff's and witness depositions, and are working through various discovery issues. The parties' request to extend the deadlines is necessary to complete discovery. Further, a 100-day extension of the discovery deadline is necessary due to counsels' conflicts in other cases and plaintiff's counsel's scheduled medical procedure.

Therefore, the parties respectfully request an order to afford the parties additional time to conduct additional discovery. No trial date has been set. Further, the request will not cause undue delay in this matter and will not prejudice either party or their respective positions.

Respectfully submitted,

|  |  |
|---|---|
|  | DAVE YOST (0056290)<br>Ohio Attorney General |
| *s/ Tiffany L. Carwile (by Cathleen Slater per email authority on 5/22/25)* | *s/ Cathleen B. Slater* |
| TIFFANY L. CARWILE (0082522)<br>STEFANIE LYNN COE (0078265)<br>ARNOLD & CLIFFORD LLP<br>115 W. Main St., 4th Floor<br>(614) 460-1600 - Telephone<br>tcarwile@arnlaw.com<br>scoe@arnlaw.com | CATHLEEN B. SLATER (0066088)<br>Principal Assistant Attorney General<br>NEEMA ASHOU (0104198)<br>Assistant Attorney General<br>Employment Law Section<br>30 East Broad Street, 16th Floor<br>Columbus, Ohio 43215<br>(614) 644-7257 - Telephone<br>(614) 752-4677 - Facsimile<br>elsreview@ohioattorneygeneral.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

This will certify that the foregoing *Joint Motion to Amend Case Schedule* was filed electronically on May 23, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Cathleen B. Slater*

CATHLEEN B. SLATER (0066088)
Principal Assistant Attorney General