IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TURI K. AARNES,**

    **Plaintiff(s),**

    v.

**OHIO STATE UNIVERSITY,**
*et al.,*

    **Defendant(s).**

Case No. 2:24-cv-2146
Judge Algenon L. Marbley
Magistrate Judge Elizabeth P. Deavers

## NOTICE

**TAKE NOTICE** that a Status Conference will be held before the Honorable Elizabeth A. Preston Deavers on **AUGUST 6, 2025,** at **11:00 AM.** The parties are directed to call **1-551-285-1373,** enter Zoom Meeting ID **161-603-4081#**. The Participant ID and Meeting Passcode are both **581746#.**

A short position statement, not to exceed 3 pages, to be submitted by **AUGUST 4, 2025**, to **Deavers_Chambers@ohsd.uscourts.gov** .

    *s/Sherry Nichols*
Sherry Nichols, Courtroom Deputy
sherry_nichols@ohsd.uscourts.gov
(614) 719-3461